Date of Arrest: 5/12/2013

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V<br>Humberto RAMIREZ-Aguirre<br>AKA: Juan Francisco Verdin<br>A76 688 987<br>YOB: 1988<br>Citizen of Mexico<br>Defendant | Magistrate Case No. 13-1616 M<br><br>COMPLAINT FOR VIOLATION OF<br><br>COUNT I<br>Title 8, United States Code, Section 1326<br>(a) enhanced by (b) (1) Attempted Re-entry<br>After Removal (Felony). |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about 5/12/2013, Defendant Humberto RAMIREZ-Aguirre, an alien, entered or attempted to enter the United States, at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Calexico, California on or about 1/19/2010. The Secretary of Homeland Security of the United States not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8 United States Code, Section 1326(a) enhanced by (b)(1), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Date of Arrest: 5/12/2013

*Approved by AUSA*

Signature of Complainant
Edgar L. Perez
Enforcement Officer

Sworn to before me and subscribed in my presence,

May 13, 2013    at    Yuma, Arizona
Date                                        City and State

James F. Metcalf, U.S. Magistrate
Name & Title of Judicial Officer              Signature of Judicial Officer

UNITED STATES OF AMERICA

    V.

RAMIREZ-Aguirre, Humberto
AKA: Juan Francisco Verdin
A76 688 987
YOB: 1988
Citizen of Mexico

**Immigration Record:**

1/19/2010    Removed to Mexico via Calexico, California POE

**CRIMINAL RECORD:**

| Date | Location | Offense | Sentence |
|---|---|---|---|
| 04/20/06 | Gilroy, CA PD | Accident Resulting Injury / Unlawful to drive | 2 yr. prob. |
| 01/31/07 | San Jose, CA | Receive Stolen property (F) / HS Use under influence Cont. Subst. | 150 Days Jail / 3 yr. Prob. (concurrent) |
| 02/18/09 | San Jose, CA | Felony while on Bail / Burglary | 16 Mo. Jail |

**SYNOPSIS:**

The complainant states that this complaint is based upon the statements of the apprehending officers, that RAMIREZ was found on or about 5/12/2013, at the San Luis, Arizona Port of Entry. Questioning revealed that RAMIREZ is a citizen of Mexico, and is not in possession of valid documents allowing him to enter, be or remain in the United States.

On or about 5/12/2013 Humberto RAMIREZ applied for admission to the United States via the pedestrian lanes at the San Luis, Arizona Port of Entry. Upon his application for admission RAMIREZ presented a Valid California Birth Certificate #662255 and with that claimed to be a United States Citizen. The primary Officer asked RAMIREZ if he had picture identification on him and he stated that he lost his wallet in San Luis, Mexico. The officer then asked RAMIREZ where was he born and he responded that he was born in Los Angeles, CA and that he was en route to his home in San Luis, Arizona.

UNITED STATES OF AMERICA

V.

RAMIREZ-Aguirre, Humberto
AKA: Juan Francisco Verdin
A76 688 987
DOB: 1988
Citizen of Mexico

The Officer noticed that RAMIREZ was nervous and visibly shaking and decided to refer him to secondary for a detailed inspection. Once in secondary the Officers read RAMIREZ his rights as per form I-214 which he signed acknowledging and waiving them. Through record checks and on his sworn statement Officers confirmed that RAMIREZ is a citizen and national of Mexico and have never been citizen or national of any other country. In his sworn statement RAMIREZ stated that the document he presented to attempt to enter the United States illegally is not his and that he understands that his actions were in violation of law. Officers searched Automated Biometric Identification System / Enforcement Case Tracking System (IDENT /ENFORCE), Central Index System (CIS), Deportable Alien Control System (DACS), National Crime Information Center (NCIC), Western Identification Network / Automated Fingerprint Identification System (WIN/AFIS) and Enforce Alien Removal Module (EARM) and confirmed that RAMIREZ had been previously Removed from the United States. RAMIREZ is a citizen of Mexico with no current or pending immigration benefits that would allow him to enter, work and or reside in the U.S.

UNITED STATES OF AMERICA

    V.

RAMIREZ-Aguirre, Humberto
AKA: Juan Francisco Verdin
A76 688 987
DOB: 1988
Citizen of Mexico

_____
Signature of Complainant
Edgar L. Perez
Enforcement Officer

Sworn to before me and subscribed in my presence,

__May 13, 2013__     at     __Yuma, Arizona__
Date                                                                City and State

__James F. Metcalf, U.S. Magistrate__          _____
Name & Title of Judicial Officer                             Signature of Judicial Officer